UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-833(DSD/JMM)

Leslie A. Downwind, individually and on behalf of others similarly situated,

Plaintiff,

v.

A & S Collection Associates, Inc., a Florida corporation,

Defendant.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: April 24, 2002

David S. Doty, Judge
U.S. District Court

2

FILED
RICHARD D. SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials

F I L E C O P Y

Date: April 26, 2002 jr

R E C O R D O F D O C K E T T E X T

0:02-cv-00833 Downwind v. A & S Collection

DOCKET ENTRY

DISQUALIFICATION AND ORDER FOR REASSIGNMENT (Senior Judge David S. Doty / 4/24/02) Case reassigned to Judge Michael J. Davis, and Case referred to Chief Mag. Judge Jonathan G. Lebedoff. Case number remains the same except for initials 02-833 MJD/JGL. Case number with new initials to be used on all future papers and pleadings submitted to the Court regarding this action. 1pg(s) (cc: all counsel)

Hon. Michael J Davis, Judge

THIS NOTICE SENT TO ALL COUNSEL