423947

RECEIVED

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-833 ~~DSD/JMM~~ MJD/JGL Case Title: Downwind v. A+S Collection

**Affidavit of Movant**

I, Michael G. Phillips, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice James Shedden, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (X) plaintiff ( ) defendant Leslie A. Downwind in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 0290105 MN Attorney License # — 06/26/02 Date

**Affidavit of Proposed Admittee**

I, JAMES SHEDDEN, am currently a member in good standing of the U.S. District Court for the NORTHERN District of ILLINOIS, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

JAMES SHEDDEN Type/Print Name — [signature] Signature — 6/18/02 Date

Attorney License Number: Illinois 6183154

Law Firm Name & Address: Beeler, Schad & Diamond, P.C.
332 S Michigan Av #1000
Chicago IL 60604

Telephone: (312) 939-6280

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk — JUN 26 2002 Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED JUN 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

423947

RECEIVED

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-833 ~~DSD/JMM~~ MJD/JGL Case Title: Downwind v A+S Collection

**Affidavit of Movant**

I, Michael G. Phillips, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael S. Hilicki, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Leslie A. Downwind in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 0290105 06/25/02
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Michael S. Hilicki, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Michael S. Hilicki [signature] 6/18/02
Type/Print Name Signature Date

Attorney License Number: 6225170

Law Firm Name & Address: Beeler, Schad & Diamond, P.C.
332 South Michigan Avenue
Suite 1000, Chicago, IL 60604

Telephone: (312) 939-6280

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

JUN 26 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(ProHacVice.wpd) (9/01)

FILED JUN 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______