**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Leslie A. Downwind, individually, and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | Civil No. 02-CV-833 MJD/JGL |
| vs. | ) | |
| A & S Collection Associates, Inc., a Florida corporation, | ) | **ORDER** |
| Defendant. | ) | |

This cause coming to be heard on Plaintiff's motion to approve her acceptance of Defendant's individual settlement offer and the withdrawal of the class allegations, and to dismiss, the Court having considered the submissions of counsel and all of the files, records and pleadings that bear on this matter, IT IS HEREBY ORDERED:

The motion is granted. This case is dismissed, however, Plaintiff is entitled to reinstate the case if Defendant fails to comply with its obligations under the parties' settlement agreement, and if Plaintiff files a motion for reinstatement within thirty days from the date of this order.

Dated: Aug. 12, 2002

Michael J. Davis
Federal District Court Judge

FILED 8-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________